THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS, | CASE NO. C19-0314-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD PHAN and LINH D. PHAN, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties were ordered to appear before the Court for a status conference on June 25, 2019. (Dkt. No. 8.) Defense counsel did not appear. Defense counsel is ORDERED to SHOW CAUSE why he should not be sanctioned for his failure to appear. Defense counsel's response shall be no more than three pages and is due on or before July 10, 2019. The status conference is RESET for July 16, 2019.

DATED this 25th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0314-JCC
PAGE - 1