THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS, | CASE NO. C19-0314-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD PHAN and LINH D. PHAN, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' response to an order to show cause (Dkt. No. 14). Defendants did not appear for a scheduled status conference. (Dkt. No. 12.) The Court ordered defense counsel to show cause why he should not be sanctioned for his failure to appear. (Dkt. No. 13.) Defense counsel timely responded to that order. (Dkt. No. 14.) He maintains that his failure to appear was due to a scheduling mistake. (*Id.*) The Court accepts defense counsel's explanation and VACATES the order to show cause (Dkt. No. 13). The status conference is set for July 16, 2019 at 9:00 a.m. (Dkt. No. 12.)

//

//

//

MINUTE ORDER
C19-0314-JCC
PAGE - 1

1     DATED this 11th day of July 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk