THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS, a Washington resident, | CASE NO. C19-0314-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD PHAN and LINH D. PHAN, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to recalendar trial dates (Dkt. No. 31). The Court hereby GRANTS the motion and ORDERS as follows:

1. The trial date is September 21, 2020;

2. The proposed pretrial order must be submitted by September 11, 2020; and

3. Trial briefs must be submitted by September 17, 2020;

DATED this 8th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0314-JCC
PAGE - 1