THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS, a Washington resident, | CASE NO. C19-0314-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICHARD PHAN and LINH D. PHAN, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to recalendar trial dates (Dkt. No. 35). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as follows:

1. The September 21, 2020 bench trial is continued until April 26, 2021 at 9:30 a.m.;

2. The proposed pretrial order must be submitted by April 16, 2021; and

3. Trial briefs must be submitted by April 22, 2021;

Plaintiff's subsequent motion to recalendar trial dates (Dkt. No. 36) is denied as moot.

DATED this 4th day of September 2020.

1

2

3

                                    <u>William M. McCool</u>
                                    Clerk of Court

                                    <u>s/Tomas Hernandez</u>
                                      Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-0314-JCC
PAGE - 2